# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN EZRA JONES, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  NO. 3:18-CV-01397 |
| | ) |
| SOUTHERN HEALTH PARTNERS, | ) |
| JAMES WALKER, BRANDON SMITH, | ) |
| ROBERTSON COUNTY, TN, SHERIFF | ) |
| MICHAEL VAN DYKE and JAIL | ) |
| ADMINISTRATOR TONY | ) |
| CRAWFORD, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Magistrate Judge Holmes has issued a Report and Recommendation ("R&R") (Doc. No. 32), recommending that the unopposed motion for summary judgment filed by Michael Van Dyke, Tony Crawford, and Robertson County, Tennessee (Docket No. 26) be granted and this case be dismissed. No objections have been filed to the R&R.

Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because Plaintiff did not exhaust his available administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. 1997e. Accordingly, the R&R (Doc. No. 32) is **ACCEPTED** and **ADOPTED**, Defendants' Motion for Summary Judgment (Doc. No. 26) is **GRANTED**, and this case is hereby **DISMISSED.**

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE